Stephen M. Feldman, OSB No. 932674
sfeldman@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, a Delaware corporation; **ADIDAS AG**, a foreign entity; and **ADIDAS INTERNATIONAL MARKETING B.V.**, a foreign entity,<br><br>    Plaintiffs,<br><br>    v.<br><br>**PUMA NORTH AMERICA, INC.**, a Delaware corporation,<br><br>    Defendant. | No. 3:17-cv-00283<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1- ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

134502545.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Having considered the motion for a preliminary injunction filed by plaintiffs adidas America, Inc., adidas AG, and adidas International Marketing B.V. (collectively, "adidas"), together with all materials and argument submitted in support of and in opposition to this motion, the Court finds that adidas has demonstrated a combination of probable success on the merits and the possibility of irreparable injury, rendering a preliminary injunction appropriate.

Now, therefore, it is hereby ORDERED and ADJUDGED that:

1. adidas's Motion for Preliminary Injunction (ECF 4) is GRANTED;

2. Defendant Puma North America, Inc. ("Puma") and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from Puma, or in concert or participation with Puma, be enjoined temporarily from advertising, selling, or distributing the Evopower Vigor Camo soccer cleat or any other footwear bearing stripes in a manner that is confusingly similar to adidas's Three-Stripe Mark; and

3. The foregoing preliminary injunction shall be in full force and effect until such time as this Court has entered a final judgment on the merits of all claims in this case, or until such time as this Court enters a further Order lifting or modifying the preliminary injunction granted hereby.

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

2-  ORDER GRANTING PLAINTIFFS' MOTION FOR
    PRELIMINARY INJUNCTION

134502545.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Submitted by:

*/s/ Stephen M. Feldman*
Stephen M. Feldman, OSB No. 932674
sfeldman@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatrickstockton.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatrickstockton.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 541-3240

Attorneys for Plaintiffs

3- ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

134502545.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222